UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ASHARFUN HAFIZ<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC., a business entity, form unknown; AURORA LOAN SERVICES, a business entity, form unknown, QUALITY LOAN SERVICE CORP., a business entity, form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.: 3:09-cv-1963-SI<br>Hon. Susan Illston<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br><br><br>Complaint Filed: April 27, 2009<br>Trial Date: None |

The Court having considered the parties' stipulation filed on September 3, 2009, and for good cause appearing, the Court orders as follows:

    1.    This matter is hereby remanded from the United States District Court, Northern District of California to the Contra Costa County Superior Court; and

    2.    All pending hearings are hereby taken off-calendar.

IT IS SO ORDERED.

Date: _____      _____
    Honorable Susan Illston
    United States District Court Judge