IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ, | No. C 09-02300 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| INDYMAC FEDERAL BANK, ET AL., | |
| Defendants. / | |

In light of the Court's September 14, 2009 order granting defendant FDIC's request to be dismissed from this action, there no longer appears to be any basis for federal jurisdiction in this case. The parties are ordered to show cause, **in writing to be filed on or before September 30, 2009**, why this action should not be remanded to the Contra Costa Superior Court for lack of federal subject matter jurisdiction. In the absence of any such filing, the Court will enter an order remanding the case back to the state court.

**IT IS SO ORDERED.**

Dated: September 16, 2009

SUSAN ILLSTON
United States District Judge