IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ, | No. C 09-02300 SI |
| Plaintiff, | **ORDER OF REMAND FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| INDYMAC FEDERAL BANK, ET AL., | |
| Defendant. | |

On September 16, 2009, the Court issued an Order to Show Cause why this case should not be remanded to state court for lack of federal subject matter jurisdiction. No party having made any showing by the date ordered, and the Court finding that subject matter jurisdiction is lacking, the present action is hereby REMANDED to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: October 5, 2009.

SUSAN ILLSTON
United States District Judge